ABRAHAM v. MEYERS, Comptroller, et al.

(Supreme Court, Special Term, New York County. January, 1893.)

Action by Samuel Abraham against Theodore W. Meyers and others to restrain the sale of the franchise of the Houston, West Street & Pavonia Ferry Railroad Company, on which plaintiff's property abuts. Plaintiff moves for an injunction pendente lite. Motion denied.

George Hoadly, William C. Trull, and Edward Lauterbach, (Wm. H. Page, Jr., of counsel,) for plaintiff.
Elihu Root, Jefferson Chandler, and Francis Lynde Stetson, (Bangs, Stetson, Tracy & MacVeagh, of counsel,) for defendants.

BARRETT, J. For the reason given in the case of Phillip Abraham against the same defendants, (23 N. Y. Supp. 225,) the motion for an injunction should be denied, with ccsts. This plaintiff has really no standing at the present time.